[No. 732-2; 747-2.    Division Two.    February 16, 1973.]

ACTIVE BUILDERS SERVICE, INC., *Respondent,* v. ROBERT J. GUSTAV *et al., Appellants.*

Consolidated appeals from judgments of the Superior Court for Pierce County, No. 197771, Hardyn B. Soule, J., entered April 27, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 593-3.    Division Three.    February 21, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY MICHAEL LONAS, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3352, Felix Rea, J., entered March 17, 1972. *Dismissed* by unpublished opinion per Green, C.J., concurred in by McInturff and Munson, JJ.

[No. 1545-1.    Division One—Panel 1.    February 20, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN ALLAN HEAD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 58251, James W. Mifflin, J., entered March 10, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and James, J.

[No. 1152-1.    Division One—Panel 1.    February 20, 1973.]

ROTH EXCAVATION CO., INC., *Respondent and Cross-appellant,* v. CUSTIS CONSTRUCTION COMPANY, INC., *Respondent and Cross-appellant,* UNITED PACIFIC INSURANCE COMPANY, *Defendant,* THE STATE OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 708705, James J. Dore, J., entered January 18, 1971. *Reversed* by unpublished opinion per James, J., concurred in by Williams, A.C.J., and Callow, J.